IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES FLYNN, | No. 2:14-CV-0909-CMK-P |
|     Petitioner, | |
|  vs. | ORDER |
| DANIEL PARAMO, | |
|     Respondent. | |

Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On December 1, 2014, petitioner filed an amended petition pursuant to the court's November 5, 2014, order granting respondent's motion to dismiss with leave to amend. Petitioner then filed a duplicative amended petition on March 27, 2015. The duplicative filing will be stricken and respondent will be directed to file a response to the December 1, 2014, amended petition.

/ / /

/ / /

/ / /

Accordingly, IT IS HEREBY ORDERED that:

1. The amended petition filed on March 27, 2015 (Doc. 19) is stricken as duplicative of the amended petition filed on December 1, 2014 (Doc. 18); and

2. Respondent shall file a response to the December 1, 2014, amended petition within 30 days of the date o this order.

DATED: May 28, 2015

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

2